AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Barkett, Rosemary | 2. Court or Organization  U.S. Court of Appeals, 11 Cir. | 3. Date of Report  05/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☒ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  99 NE 4th Street Suite 1223 Miami, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ███████████ Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/1/79 | State of Florida, Div. of Retirement; Sect. 401(a), IRC |
| 2. | 10/1/82 | Aetna Life Ins.; Deferred Comp., Sect. 457, IRC |
| 3. | 3/3/87 | Nationwide Life Ins.; Deferred Comp., Sect. 457, IRC |

RECEIVED 2007 JUN -7 A 11: 13 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Florida Retirement (Aetna & Nationwide) | $ 27,475.74 |
| 2. 2006 | State of Florida Judicial Retirement | $ 45,111.90 |
| 3. July 2006 | New York University - Teaching Appellate Judges Seminar | $ 1,800.00 |
| 4. July 2006 | The Aspen Institute - Society & Justice Program | $ 1,000.00 |
| 5. Sept. 2006 | Columbia University Teaching (the 24,600. less $3600.00 in un-reimbursed expenses). | $ 21,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association, Environmental Seminar | 1/5-7/2006 Colorado - airfare, meals, lodging |
| 2. Judicial Outreach Committee (The American Society of International Law) | 1/12/1006 NYC - airfare, meals |
| 3. Palm Beach County Bar Association Meeting | 2/2/2006 West Palm Beach, FL - airfare |
| 4. National Council of Jewish Women, Inc. | 3/5-6/2006 Chicago - airfare, meals, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barkett, Rosemary | 05/30/2007 |

| | | |
|---|---|---|
| 5. | University of North Carolina at Chapel Hill | 3/21-22/2006 No. Carolina - airfare, meals, lodging |
| 6. | The Florida Times-Union Eve Award | 6/1-2,2006 Jacksonville, FL - airfare |
| 7. | American Bar Association - CEELI Program | 6/23 - 7/4/2006 Algeria, airfare, meals, lodging |
| 8. | New York University - Appellate Judges Seminar | 7/9-14/2006 NYC, airfare, meals, lodging |
| 9. | The Aspen Institute - Justice & Society Program | 7/21-29/2006 Aspen, CO - airfare, meals, lodging |
| 10. | Harvard University - International Law Meeting | 12/1-3/2006 Boston, MA - airfare, meals |
| 11. | American Bar Association - CEELI Program | 12/24-18/2006 Algeria, airfare, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citicorp (purchase July 2002) | Real Estate Mortgage (1/2 owner) | N |
| 2. | Farm Credit, Homestead, FL | Real Estate Mortgage (1/3 owner) | K |
| 3. | Citicorp (purchase 2006) | Real Estate Mortgage (1/2 owner) | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT & T, Inc (formerlySBC & before that Pacific Telesis ) | A | Dividend | K | T | | | | | |
| 2. Altera | | None | K | T | | | | | |
| 3. Amgen, Inc (Amgn) | | None | L | T | partial sale | 8/16 | J | D | |
| 4. Applied Materials | | None | K | T | | | | | |
| 5. Attl (formerly Firstcom FCLX) | | None | J | T | | | | | |
| 6. Cisco | | None | K | T | partial sale | 8/16 | L | E | |
| 7. Citicorp (c) formerly Travelers Group | A | Dividend | J | T | partial sale | 8/16 | L | E | |
| 8. Coca Cola (KO) | A | Dividend | J | T | partial sale | 6/15 | J | A | |
| 9. Corning, Inc. (GLW) | | None | K | T | | | | | |
| 10. Dell | | None | J | T | | | | | |
| 11. Walt Disney (DIS) | A | Dividend | J | T | partial sale | 6/12 | J | B | |
| 12. EMC Corp. | | None | K | T | partial sale | 5/17 | J | | |
| 13. Federal National Mortgage Association (Fannie MAE) | A | Dividend | K | T | | | | | |
| 14. Fld.Contra Fd FCNTX | A | Dividend | K | T | | | | | |
| 15. Hewlett-Packard (HPQ) | A | Dividend | K | T | | | | | |
| 16. Intel Corporation | A | Dividend | L | T | partial sale | 6/12 | K | C | |
| 17. IBM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan Chase (JPM) | A | Dividend | K | T | | | | | |
| 19. Microsoft Corporation (MSFT) | A | Dividend | K | T | partial sale | 6/12 | J | C | |
| 20. Micron Technology (MU) | | None | J | T | partial sale | 6/12 | J | | |
| 21. Nokia Corp. (NOK) | A | Dividend | K | T | | | | | |
| 22. North. Trust NTRS | A | Dividend | K | T | | | | | |
| 23. Qualcomm, Inc. (QCOM) | A | Dividend | J | T | | | | | |
| 24. Texas Instruments | A | Dividend | K | T | partial sale | 6/12 | J | C | |
| 25. Aetna Deferred Comp Plan (now ING Life) | D | Dividend | L | T | | | | | |
| 26. Nationwide | D | Dividend | L | T | | | | | |
| 27. Skandia now GldnSelect (Am. Skandia transferred into ING) | | None | M | T | | | | | |
| 28. Agilent (A) spinoff fr. Hewlett Packard | | None | | | sold | 5/17 | J | A | |
| 29. Agere (Agr)A | | None | | | sold | 11/8 | J | | |
| 30. Agere (Agr)B | | None | | | sold | 11/8 | J | | |
| 31. Avaya (AV) spinoff fr. Lucent Tech | | None | | | sold | 5/17 | J | | |
| 32. MCDTA (spinoff fr. EMC) | | None | | | sold | 5/17 | J | A | |
| 33. St. Paul-STA (formerly Travel. A (TAPA) | | None | | | sold | 5/17 | J | A | |
| 34. St. Pual TAPB (formerly Travel.B | | None | | | sold | 5/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lucent Technology | | None | | | sold | 5/17 | J | A | |
| 36. Dade Cnty GTDt | | None | | | redeemed | 5/17 | K | E | |
| 37. Alliance Technology Mutual Fund (ATEBX) | | None | | | sold | 5/17 | L | E | |
| 38. Mfs Rsearch Fd Cl B MFRBX | | None | | | sold | 5/16 | K | C | |
| 39. MFS Strat Growth Class B MSBGX | | None | | | sold | 5/16 | J | | |
| 40. MFSEmerGrA MFEGX | | None | | | sold | 5/17 | K | C | |
| 41. Mfs Investors Gr MIGBX | | None | | | sold | 5/17 | J | | |
| 42. Putnum Discovery Growth POEBX | | None | | | sold | 5/17 | J | | |
| 43. Putnum Eurp gr PEUBX | | None | | | sold | 5/17 | K | D | |
| 44. Putnum Intl Gf POVBX | | None | | | sold | 5/16 | K | D | |
| 45. Putnum Browth Opport. Fnd POGBX exchanged for 1000 PEUBX | | None | | | sold | 5/16 | J | | |
| 46. VanKampAgGrB (VAGAX) | | None | | | sold | 5/16 | K | B | |
| 47. VanKampEmGrB(ACEGX) | | None | | | sold | 5/16 | K | A | |
| 48. Port Everglades | | None | | | sold | 5/16 | K | A | |
| 49. SunriseUtilities | | None | | | sold | 5/16 | K | A | |
| 50. ███████Trust | C | Dividend | O | T | | | | | |
| 51. ___3M Co | | | | | buy | 6/28 | J | | |

| 1. Income Gain Codes: (See Columns B I and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ___Abbot Labs | | | | | buy | 6/30/ | J | | |
| 53. ___Airtran Hldgs | | | | | Buy | 9/6 | J | | |
| 54. ___Allied World Assurance Co | | | | | Buy | 12/6 | J | | |
| 55. ___AllState Corp | | | | | Buy | 6/28 | J | | |
| 56. ___Amazon | | | | | Buy | 6/15 | J | | |
| 57. ___Am Intl Group | | | | | Buy | 6/15 | J | | |
| 58. ___Anadarko Petroleum | | | | | Buy | 9/28 | J | | |
| 59. ___Aon Corp | | | | | Buy | 6/28 | J | | |
| 60. ___Artisan FDS Intl | | | | | Buy | 6/14 | L | | |
| 61. ___Artisan FDS Intl | | | | | partial sale | 9/15 | J | A | |
| 62. ___Auto Desk | | | | | Buy | 6/15 | J | | |
| 63. ___Baker Hughes, Inc. | | | | | Buy | 12/1/ | J | | |
| 64. ___Bank of America | | | | | Buy | 9/6/0 | J | | |
| 65. ___Bed Bath and Beynd | | | | | Buy | 6/15 | J | | |
| 66. ___Biogen | | | | | Buy | 6/15 | J | | |
| 67. ___Boston Scientific Corp Com | | | | | Buy | 8/10 | J | | |
| 68. ___Broadcom | | | | | Buy | 7/19 | J | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
(See Column C2)  Q =Appraisal  V =Other  S =Assessment
  U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ___CableVision | | | | | Buy | 6/16 | J | | |
| 70. ___Calloway | | | | | Buy | 7/18 | J | | |
| 71. ___Capitol Corp of the West New | | | | | Buy | 10/10 | J | | |
| 72. ___Capitol One Financial Corp | | | | | Buy | 10/10 | J | | |
| 73. ___Cemex | | | | | Buy | 6/28 | J | | |
| 74. ___Charming Shopps | | | | | Buy | 6/15 | J | | |
| 75. ___Chevron | | | | | Buy | 6/28 | J | | |
| 76. ___Chubbs | | | | | buy | 6/30 | J | | |
| 77. ___Chubbs | | | | | sold | 12/15 | J | A | |
| 78. ___City Bank Lynwood | | | | | Buy | 10/24 | J | | |
| 79. ___Comcast | | | | | Buy | 6/15 | J | | |
| 80. ___Conoco Phillips | | | | | Buy | 9/6 | J | | |
| 81. ___Cooper Tire | | | | | buy | 6/15 | J | | |
| 82. ___Cooper Tire | | | | | partial sale | 9/26 | | | |
| 83. ___Cree Inc | | | | | Buy | 6/15 | J | | |
| 84. ___CVS Corp | | | | | Buy | 6/28 | J | | |
| 85. ___CVS Corp | | | | | partial sale | 9/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ___Del Monte Foods | | | | | Buy | 6/15 | J | | |
| 87. ___Devon Energy | | | | | Buy | 6/28 | J | | |
| 88. ___DRS Technologies | | | | | Buy | 8/10 | J | | |
| 89. ___Electronic Arts | | | | | Buy | 6/15 | J | | |
| 90. ___Emerson Electric | | | | | Buy | 6/28 | J | | |
| 91. ___Emerson Electric | | | | | partial sale | 11/16 | J | A | |
| 92. ___EPIQ | | | | | Buy | 6/15 | J | | |
| 93. ___ETF Vanguard (purchased 11-10-06) | | | | | Buy | 11/10 | K | | |
| 94. ___ETF Vanguard | | | | | partial sale | 12/6 | J | A | |
| 95. ___Exar | | | | | Buy | 9/29 | J | | |
| 96. ___Exelon Corp | | | | | Buy | 6/28 | J | | |
| 97. ___Expedia | | | | | Buy | 6/15 | J | | |
| 98. ___First Data | | | | | Buy | 6/28 | J | | |
| 99. ___First Sec Group | | | | | Buy | 6/15 | J | | |
| 100. ___Forrest Labs Inc | | | | | Buy | 6/16 | J | | |
| 101. ___Foundry | | | | | Buy | 7/31 | J | | |
| 102. ___Furniture Brands Intl Inc | | | | | Buy | 11/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ___Genentach | | | | | Buy | 6/12 | J | | |
| 104. ___General Electric | | | | | Buy | 6/15 | J | | |
| 105. ___Genzyme | | | | | Buy | 6/15 | J | | |
| 106. ___Goldman Sachs | | | | | Buy | 6/30 | J | | |
| 107. ___Grant Prideco Inc. | | | | | Buy | 6/15 | J | | |
| 108. ___Henderson Global Intl Opp FDS (purchased 6-15-06) | | | | | Buy | 6/16 | L | | |
| 109. ___Henderson Global Intl Opp FDS | | | | | partial sale | 9/6 | J | A | |
| 110. ___Home Depot | | | | | partial sale | 6/12 | J | | |
| 111. ___Honeywell Intl | | | | | Buy | 6/28 | J | | |
| 112. ___IAC Interactive Corp (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 113. ___Iberia Bank (purchased 10-23-06) | | | | | Buy | 10/23 | J | | |
| 114. ___Input Output (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 115. ___Ishares MSCA EAFE Index Fund purchased (6-15-06) | | | | | Buy | 6/15 | L | | |
| 116. ___Ishares MSCA EAFE Index Fund | | | | | partial sale | 9/6 | J | A | |
| 117. ___Johnson & Johnson (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 118. ___Kulicke & Soffa Inds Inc. (purchased 9-22-06) | | | | | Buy | 9/22 | J | | |
| 119. ___K2 Inc (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. ___L-3 Comm. Holdgs Inc (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 121. ___Labor Ready (purchased 7-26-06) | | | | | Buy | 7/26 | J | | |
| 122. ___Lawson Software (purchased 9-25-06) | | | | | Buy | 9/25 | J | | |
| 123. ___Leapfrog Enterprises | | | | | Buy | 6/15 | J | | |
| 124. ___Leapfrog Enterprises | | | | | sold | 8/22 | J | | |
| 125. ___Legg Mason (purchased 6-15-06) | | | | | Buy | 6/15 | K | | |
| 126. ___Legg Mason (purchased 6-15-06) | | | | | partial sale | 9/1 | J | A | |
| 127. ___Lehmann Bros (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 128. ___Liberty Global (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 129. ___Liberty Media (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 130. ___Lithia Mtrs. Inc (purchased 11-30-06) | | | | | Buy | 11/30 | J | | |
| 131. ___Lowes (purchased 6-28-06) | | | | | Buy | 6/28 | J | | |
| 132. ___McKesson Corp (purchased 12-6-06) | | | | | Buy | 12/6 | J | | |
| 133. ___Merck (purchased 6-28-06) | | | | | Buy | 6/28 | J | | |
| 134. ___Meridian Gold (purchased 8-31-06) | | | | | Buy | 8/31 | J | | |
| 135. ___Merrill Lynch (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 136. ___Millenium Pharmaceuticals (purchased | | | | | Buy | 6/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 6-15-06) | | | | | | | | | |
| 137. ___Morgan Stanley (purchased 6-28-06) | | | | | Buy | 6/28 | J | | |
| 138. ___National Dentex (purchased 9-6-06) | | | | | Buy | 9/6 | J | | |
| 139. ___Netiq (purchased 6/15/06) | | | | | Buy | 6/15 | J | | |
| 140. ___Netiq | | | | | sold | 6/30 | J | A | |
| 141. ___Netgear, Inc. (purchased 8-23-06) | | | | | Buy | 8/23 | J | | |
| 142. ___News Corp (purchased 6-30-06) | | | | | Buy | 6/30 | J | | |
| 143. ___Office Depot (purchased 6/28/06) | | | | | Buy | 6/28 | J | | |
| 144. ___Office Depot | | | | | sold | 11/6 | J | A | |
| 145. ___Omnivision Technologies (purchased 8-24-06) | | | | | Buy | 8/24 | J | | |
| 146. ___Orbital Sciences (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 147. ___Pall Corp (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 148. ___Pepsico Inc (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 149. ___Perini Corp (purchased 10-27-06) | | | | | Buy | 10/27 | J | | |
| 150. ___Perot Systems Corp (purchased 6/15/06) | | | | | Buy | 6/15 | J | | |
| 151. ___Pfizer (PEF) exchange fr. Warner Lambert | | | | | partial sale | 6/12 | J | | |
| 152. ___Pilgrim's Pride Corp. | | | | | Buy | 10/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. ___Pitney Bowes | | | | | buy | 6/30 | J | | |
| 154. ___Procter & Gamble (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 155. ___Pulte Homes (purchased 6/28/06) | | | | | Buy | 6/28 | J | | |
| 156. ___Pulte Homes | | | | | sold | 8/8 | J | A | |
| 157. ___RBC Bearings (purchased 8-31-06) | | | | | Buy | 8/31 | J | | |
| 158. ___Sandisk Corp (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 159. ___Sauer-Danfoss Inc (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 160. ___Smith Barney (money market) | | | | | | | | | |
| 161. ___SB Instl Cash Muni T/E FDA (purchased 6-8-06) | | | | | Buy | 6/8 | J | | |
| 162. ___Seagate Technology | | | | | Buy | 9/19 | J | | |
| 163. ___Simpson Mfrg (purchased 10-20-06) | | | | | Buy | 10/20 | J | | |
| 164. ___Sprint Nextel (purchased 7-3-06) | | | | | Buy | 7/3 | J | | |
| 165. ___Superrior Inds Intl (purchased 11-03-06) | | | | | Buy | 11/3 | J | | |
| 166. ___Symantic Corp (purchased 6-28-06) | | | | | Buy | 6/28 | J | | |
| 167. ___Timberland (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 168. ___Time Warner (purchased 6-8-06) | | | | | Buy | 6/8 | J | | |
| 169. ___Tupperware Brands (purchased 8-22-06) | | | | | Buy | 8/22 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. ___Tyco (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 171. ___UCBH Hldgs (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 172. ___United Technologies | | | | | Buy | 6/28 | J | | |
| 173. ___United Health Group | | | | | Buy | 6/15 | J | | |
| 174. ___Verigy LTD (purchased 9-22-06) | | | | | Buy | 9/22 | J | | |
| 175. ___Washington Mutual (purchased 6-28-06) | | | | | Buy | 6/28 | J | | |
| 176. ___Weatherford Intl (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 177. ___Wellpoint, Inc. (purchased 6-12-06) | | | | | Buy | 6/12 | J | | |
| 178. ___Wellpoint, Inc. | | | | | partial sale | 6/30 | J | A | |
| 179. ___West Marine (purchased 10-25-06) | | | | | Buy | 10/25 | J | | |
| 180. ___Wrigley, Co. (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 181. ___Wyndham Worldwide Corp (spinoff) | | | | | Spinoff | 7/12 | J | | |
| 182. ___Xerox Corp (purchased 6-28-06) | | | | | Buy | 6/28 | J | | |
| 183. ___Yahoo, Inc. (purchased 6-15-06) | | | | | Buy | 6/15 | J | | |
| 184. IRA #1 | A | Dividend | M | T | | | | | |
| 185. ___Dreyfus Liquid Assets | | | | | Buy | 9/19 | J | | |
| 186. ___Seagate Technology | | | | | Buy | 9/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. ___Weatherford Intl (purchased 6-15-06) | | | | | Buy | 9/19 | J | | |
| 188. ___Anadarko Petroleum | | | | | Buy | 12/21 | J | | |
| 189. ___Auto Desk | | | | | Buy | 9/19 | J | | |
| 190. ___Biogen IDEC | | | | | Buy | 9/19 | J | | |
| 191. ___Broadcom Corp | | | | | Buy | 9/19 | J | | |
| 192. ___Cablevision Systems Corp | | | | | Buy | 9/19 | J | | |
| 193. ___Charming Shoppes | | | | | Buy | 9/19 | J | | |
| 194. ___Comcast | | | | | Buy | 9/19 | K | | |
| 195. ___Forrest Labs | | | | | Buy | 9/19 | J | | |
| 196. ___Genzyme Corp | | | | | Buy | 9/19 | J | | |
| 197. ___Grant Prideco | | | | | Buy | 9/19 | J | | |
| 198. ___L3 Communications Holdings | | | | | Buy | 9/19 | J | | |
| 199. ___Lehman Brothers Holdings | | | | | Buy | 9/19 | J | | |
| 200. ___Liberty Global Inc | | | | | Buy | 9/19 | J | | |
| 201. ___Liberty Media Holding Corp | | | | | Buy | 9/19 | J | | |
| 202. ___Micron Technology | | | | | Buy | 9/19 | J | | |
| 203. ___Millenium Pharmaceuticals | | | | | Buy | 9/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. ___Pall Corp | | | | | Buy | 9/19 | J | | |
| 205. ___Sandisk Corp | | | | | Buy | 9/19 | J | | |
| 206. ___Tyco | | | | | Buy | 9/19 | K | | |
| 207. ___United Health Group | | | | | Buy | 9/19 | J | | |
| 208. ___PMC Sierra Inc. (PMCS) | | | | | sold | 5/17 | J | | |
| 209. ___Selectron (SLR) | | | | | sold | 5/17 | J | | |
| 210. ___St. Paul-STA (formerly Travel. A (TAPA) | | | | | sold | 5/17 | J | A | |
| 211. ___St. Pual TAPB (formerly Travel.B | | | | | sold | 5/17 | J | A | |
| 212. ___MFSEmerGr (mfegx) | | | | | sold | 5/17 | J | A | |
| 213. ___VanKampenTech (VTFCX) | | | | | sold | 5/17 | J | | |
| 214. ___Citigroup (C) | | | | | sold | 8/16 | L | D | |
| 215. ___Cisco | | | | | sold | 8/16 | L | E | |
| 216. ___General Electric (GE) | | | | | sold | 8/16 | J | B | |
| 217. ___Intel | | | | | sold | 8/16 | K | D | |
| 218. ___Legato Systems (LGTO exch. EMC) | | | | | | | | | |
| 219. ___Loral Space & Sommun. (LOR) | | | | | sold | 8/16 | J | | |
| 220. ___Smith Barney Retirement (money | | | | | redeemed | 6/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| market) | | | | | | | | | |
| 221. ___Tyco Intl. (TYC) | | | | | sold | 8/16 | | | |
| 222. Re-Parcel 1-Lake Park, FL (1/2 ownership) | None | N | W | | | | | | |
| 223. Re-Parcel 2-Key Largo, FL (1/4 ownership) | None | K | W | | | | | | |
| 224. Re-Parcel 3 ▆▆▆▆ (1/2 ownership) | None | O | W | | | | | | |
| 225. Re-Parcel 4-Homestead, FL (1/3 ownership) | None | L | W | | | | | | |
| 226. Re-Parcel 5-Homestead, FL (1/2 ownership) | None | L | W | | | | | | |
| 227. Re-Parcel 6 ▆▆▆▆ (1/2 ownership) | None | N | W | | | | | | |
| 228. Re-Parcel 7-Hamptons, NY (1/2 ownership) | None | P1 | W | Buy | 2-06 | P1 | | Robert J. Lewis, seller |
| 229. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 05/30/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu_____    Date___ 5/30/07 ___

NOTE: ANY INDIVIDUAL WHO _____ AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U_____ 4)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barkett, Rosemary | U.S. Court of Appeals, 11 Cir. | 04/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 99 NE 4th Street Suite 1223 Miami, FL 33132 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ████████████Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/1/79 | State of Florida, Div. of Retirement; Sect. 401(a), IRC |
| 2. 10/1/82 | Aetna Life Ins.; Deferred Comp., Sect. 457, IRC |
| 3. 3/3/87 | Nationwide Life Ins.; Deferred Comp., Sect. 457, IRC |

RECEIVED 2007 APR 16 A 10: 30 FINANCIAL DISCLOSURE OFFICE

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Barkett, Rosemary | | 04/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Florida Retirement (Aetna & Nationwide) | $ 27,475.74 |
| 2. 2006 | State of Florida Judicial Retirement | $ 45,111.90 |
| 3. July 2006 | New York University - Teaching Appellate Judges Seminar | $ 1,800.00 |
| 4. July 2006 | The Aspen Institute - Society & Justice Program | $ 1,000.00 |
| 5. Sept. 2006 | Columbia University - Teaching | $ 24,600.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association, Environmental Seminar | 1/5-7/2006 Colorado - airfare, meals, lodging |
| 2. | Judicial Outreach Committee (The American Society of International Law) | 1/12/1006 NYC - airfare, meals |
| 3. | Palm Beach County Bar Association Meeting | 2/2/2006 West Palm Beach, FL - airfare |
| 4. | National Council of Jewish Women, Inc. | 3/5-6/2006 Chicago - airfare, meals, lodging |
| 5. | University of North Carolina at Chapel Hill | 3/21-22/2006 No. Carolina - airfare, meals, lodging |

| 6. | The Florida Times-Union Eve Award | 6/1-2,2006 Jacksonville, FL - airfare |
|---|---|---|
| 7. | American Bar Association - CEELI Program | 6/23 - 7/4/2006 Algeria, airfare, meals, lodging |
| 8. | New York University - Appellate Judges Seminar | 7/9-14/2006 NYC, airfare, meals, lodging |
| 9. | The Aspen Institute - Justice & Society Program | 7/21-29/2006 Aspen, CO - airfare, meals, lodging |
| 10. | Harvard University - International Law Meeting | 12/1-3/2006 Boston, MA - airfare, meals |
| 11. | American Bar Association - CEELI Program | 12/24-18/2006 Algeria, airfare, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citicorp (purchase July 2002) | Real Estate Mortgage (1/2 owner) | N |
| 2. | Farm Credit, Homestead, FL | Real Estate Mortgage (1/3 owner) | K |
| 3. | Citicorp (purchase 2006) | Real Estate Mortgage (1/2 owner) | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT & T, Inc (formerlySBC & before that Pacific Telesis ) | A | Dividend | K | T | | | | | |
| 2. Altera | | None | K | T | | | | | |
| 3. Amgen, Inc (Amgn) | | None | L | T | partial sale | 8/16 | J | D | |
| 4. Applied Materials | | None | K | T | | | | | |
| 5. Attl (formerly Firstcom FCLX) | | None | J | T | | | | | |
| 6. Cisco | | None | K | T | partial sale | 8/16 | L | E | |
| 7. Citicorp (c) formerly Travelers Group | A | Dividend | J | T | partial sale | 8/16 | L | E | |
| 8. Coca Cola (KO) | A | Dividend | J | T | partial sale | 6/15 | J | A | |
| 9. Corning, Inc. (GLW) | | None | K | T | | | | | |
| 10. Dell | | None | J | T | | | | | |
| 11. Walt Disney (DIS) | A | Dividend | J | T | partial sale | 6/12 | J | B | |
| 12. EMC Corp. | | None | K | T | partial sale | 5/17 | J | | |
| 13. Federal National Mortgage Association (Fannie MAE) | A | Dividend | K | T | | | | | |
| 14. Hewlett-Packard (HPQ) | A | Dividend | K | T | | | | | |
| 15. Intel Corporation | A | Dividend | L | T | partial sale | 6/12 | K | C | |
| 16. IBM | A | Dividend | J | T | | | | | |
| 17. JP Morgan Chase (JPM) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft Corporation (MSFT) | A | Dividend | K | T | partial sale | 6/12 | J | C | |
| 19. Micron Technology (MU) | | None | J | T | partial sale | 6/12 | J | | |
| 20. Nokia Corp. (NOK) | A | Dividend | K | T | | | | | |
| 21. North. Trust NTRS | A | Dividend | K | T | | | | | |
| 22. Qualcomm, Inc. (QCOM) | A | Dividend | J | T | | | | | |
| 23. Texas Instruments | A | Dividend | K | T | partial sale | 6/12 | J | C | |
| 24. 3M Co | | None | J | T | buy | 6/28 | J | | |
| 25. Abbot Labs | | None | J | T | buy | 6/30/ | J | | |
| 26. Airtran Hldgs | | None | J | T | Buy | 9/6 | | | |
| 27. Allied World Assurance Co | | None | J | T | Buy | 12/6 | | | |
| 28. AllState Corp | | None | J | T | Buy | 6/28 | J | | |
| 29. Amazon | | None | J | T | Buy | 6/15 | J | | |
| 30. Am Intl Group | | None | J | T | Buy | 6/15 | J | | |
| 31. Anadarko Petroleum | | None | J | T | Buy | 9/28 | J | | |
| 32. Aon Corp | | None | J | T | Buy | 6/28 | J | | |
| 33. Artisan FDS Intl | | None | L | T | partial sale | 9/15 | J | A | |
| 34. Auto Desk | | None | J | T | Buy | 6/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2.=More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4.=More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Baker Hughes, Inc. | | None | J | T | Buy | 12/1/ | J | | |
| 36. Bank of America | | None | J | T | Buy | 9/6/0 | J | | |
| 37. Bed Bath and Beynd | | None | J | T | Buy | 6/15 | J | | |
| 38. Biogen | | None | J | T | Buy | 6/15 | J | | |
| 39. Boston Scientific Corp Com | | None | J | T | Buy | 8/10 | J | | |
| 40. Broadcom | | None | J | T | Buy | 7/19 | | | |
| 41. CableVision | | None | J | T | Buy | 6/16 | J | | |
| 42. Calloway | | None | J | T | Buy | 7/18 | | | |
| 43. Capitol Corp of the West New | | None | J | T | Buy | 10/10 | | | |
| 44. Capitol One Financial Corp | | None | J | T | Buy | 10/10 | J | | |
| 45. Cemex | | None | J | T | Buy | 6/28 | J | | |
| 46. Charming Shopps | | None | J | T | Buy | 6/15 | | | |
| 47. Chevron | | None | J | T | Buy | 6/28 | J | | |
| 48. Chubbs | | None | J | T | sold | 12/15 | J | A | |
| 49. City Bank Lynwood | | None | J | T | Buy | 10/24 | | | |
| 50. Comcast | | None | J | T | Buy | 6/15 | J | | |
| 51. Conoco Phillips | | None | J | T | Buy | 9/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cooper Tire | | None | J | T | partial sale | 6/15 | | | |
| 53. Cree Inc | | None | J | T | Buy | 6/15 | | | |
| 54. CVS Corp | | None | J | T | partial sale | 9/22 | J | A | |
| 55. Del Monte Foods | | None | J | T | Buy | 6/15 | | | |
| 56. Devon Energy | | None | J | T | Buy | 6/28 | J | | |
| 57. DRS Technologies | | None | J | T | Buy | 8/10 | | | |
| 58. Electronic Arts | | None | J | T | Buy | 6/15 | J | | |
| 59. Emerson Electric | | None | J | T | partial sale | 11/16 | J | A | |
| 60. EPIQ | | None | K | T | Buy | 6/15 | | | |
| 61. ETF Vanguard (purchased 11-10-06) | | None | K | T | partial sale | 12/6 | J | A | |
| 62. Exar | | None | J | T | Buy | 9/29 | | | |
| 63. Exelon Corp | | None | J | T | Buy | 6/28 | J | | |
| 64. Expedia | | None | J | T | Buy | 6/15 | J | | |
| 65. First Data | | None | J | T | Buy | 6/28 | J | | |
| 66. First Sec Group | | None | J | T | Buy | 6/15 | | | |
| 67. Forrest Labs Inc | | None | J | T | Buy | 6/16 | J | | |
| 68. Foundry | | None | J | T | Buy | 7/31 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Furniture Brands Intl Inc | | None | J | T | Buy | 11/6 | | | |
| 70. Genentach | | None | J | T | Buy | 6/12 | J | | |
| 71. General Electric (GE) | | | | T | sold | 8/16 | J | B | |
| 72. General Electric | | None | J | T | Buy | 6/15 | J | | |
| 73. Genzyme | | None | J | T | Buy | 6/15 | J | | |
| 74. Goldman Sachs | | None | J | T | Buy | 6/30 | J | | |
| 75. Grant Prideco Inc. | | None | J | T | Buy | 6/15 | | | |
| 76. Henderson Global Intl Opp FDS (purchased 6-15-06) | | None | L | T | partial sale | 9/6 | J | A | |
| 77. Home Depot | A | Dividend | J | T | partial sale | 6/12 | J | | |
| 78. Honeywell Intl | | None | J | T | Buy | 6/28 | J | | |
| 79. IAC Interactive Corp (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 80. Iberia Bank (purchased 10-23-06) | | None | J | T | Buy | 10/23 | | | |
| 81. Input Output (purchased 6-15-06) | | None | J | T | Buy | 6/15 | | | |
| 82. Ishares MSCA EAFE Index Fund purchased (6-15-06) | | None | L | T | partial sale | 9/6 | J | A | |
| 83. Johnson & Johnson (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 84. Kulicke & Soffa Inds Inc. (purchased 9-22-06) | | None | J | T | Buy | 9/22 | | | |
| 85. K2 Inc (purchased 6-15-06) | | None | J | T | Buy | 6/15 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. L-3 Comm. Holdgs Inc (purchased 6-15-06) | | None | J | T | Buy | 6/15 | | | |
| 87. Labor Ready (purchased 7-26-06) | | None | K | T | Buy | 7/26 | | | |
| 88. Lawson Software (purchased 9-25-06) | | None | J | T | Buy | 9/25 | | | |
| 89. Legg Mason (purchased 6-15-06) | | None | J | T | partial sale | 9/1 | J | A | |
| 90. Lehmann Bros (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 91. Liberty Global (purchased 6-15-06) | | None | J | T | Buy | 6/15 | | | |
| 92. Liberty Media (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 93. Lithia Mtrs. Inc (purchased 11-30-06) | | None | J | T | Buy | 11/30 | | | |
| 94. Lowes (purchased 6-28-06) | | None | J | T | Buy | 6/28 | J | | |
| 95. McKesson Corp (purchased 12-6-06) | | None | J | T | Buy | 12/6 | J | | |
| 96. Merck (purchased 6-28-06) | | None | J | T | Buy | 6/28 | J | | |
| 97. Meridian Gold (purchased 8-31-06) | | None | J | T | Buy | 8/31 | | | |
| 98. Merrill Lynch (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 99. Millenium Pharmaceuticals (purchased 6-15-06) | | None | J | T | Buy | 6/15 | | | |
| 100. Morgan Stanley (purchased 6-28-06) | | None | J | T | Buy | 6/28 | J | | |
| 101. National Dentex (purchased 9-6-06) | | None | J | T | Buy | 9/6 | | | |
| 102. Netgear, Inc. (purchased 8-23-06) | | None | J | T | Buy | 8/23 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. News Corp (purchased 6-30-06) | | None | J | T | Buy | 6/30 | J | | |
| 104. Office Depot (purchased 6/28/06) | | None | J | T | sold | 11/6 | J | A | |
| 105. Omnivision Technologies (purchased 8-24-06) | | None | J | T | Buy | 8/24 | | | |
| 106. Orbital Sciences (purchased 6-15-06) | | None | J | T | Buy | 6/15 | | | |
| 107. Pall Corp (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 108. Pepsico Inc (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 109. Perini Corp (purchased 10-27-06) | | None | J | T | Buy | 10/27 | | | |
| 110. Perot Systems Corp (purchased 6/15/06) | | None | J | T | Buy | 6/15 | | | |
| 111. Pfizer (PEF) exchange fr. Warner Lambert | A | Dividend | J | T | partial sale | 6/12 | J | | |
| 112. Pilgrim's Pride Corp. | | None | J | T | Buy | 10/20 | | | |
| 113. Pitney Bowes | | None | J | T | buy | 6/30 | J | | |
| 114. PMC Sierra Inc. (PMCS) | | None | | | sold | 5/17 | J | | |
| 115. Procter & Gamble (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 116. RBC Bearings (purchased 8-31-06) | | None | J | T | Buy | 8/31 | | | |
| 117. Sandisk Corp (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 118. Sauer-Danfoss Inc (purchased 6-15-06) | | None | J | T | Buy | 6/15 | | | |
| 119. SB Instl Cash Muni T/E FDA (purchased | | None | J | T | Buy | 6/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 6-8-06) | | | | | | | | | |
| 120. Seagate Technology | | None | J | T | Buy | 9/19 | J | | |
| 121. Selectron (SLR) | | None | | | sold | 5/17 | J | | |
| 122. Simpson Mfrg (purchased 10-20-06) | | None | J | T | Buy | 10/20 | | | |
| 123. Sprint Nextel (purchased 7-3-06) | | None | J | T | Buy | 7/3 | J | | |
| 124. Superrior Inds Intl (purchased 11-03-06) | | None | J | T | Buy | 11/3 | | | |
| 125. Symantic Corp (purchased 6-28-06) | | None | J | T | Buy | 6/28 | J | | |
| 126. Timberland (purchased 6-15-06) | | None | J | T | Buy | 6/15 | | | |
| 127. Time Warner (purchased 6-8-06) | | None | J | T | Buy | 6/8 | J | | |
| 128. Tupperware Brands (purchased 8-22-06) | | None | J | T | Buy | 8/22 | | | |
| 129. Tyco (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 130. UCBH Hldgs (purchased 6-15-06) | | None | J | T | Buy | 6/15 | | | |
| 131. United Technologies | | None | J | T | Buy | 6/28 | J | | |
| 132. United Health Group | | None | J | T | Buy | 6/15 | J | | |
| 133. Verigy LTD (purchased 9-22-06) | | None | J | T | Buy | 9/22 | | | |
| 134. Washington Mutual (purchased 6-28-06) | | None | J | T | Buy | 6/28 | J | | |
| 135. Weatherford Intl (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barkett, Rosemary | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. Wellpoint, Inc. (purchased 6-12-06) | | None | J | T | partial sale | 6/30 | J | A | |
| 137. West Marine (purchased 10-25-06) | | None | j | T | Buy | 10/25 | | | |
| 138. Wrigley, Co. (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 139. Wyndham Worldwide Corp (spinoff) | | None | J | T | Spinoff | 7/12 | J | | |
| 140. Xerox Corp (purchased 6-28-06) | | None | J | T | Buy | 6/28 | J | | |
| 141. Yahoo, Inc. (purchased 6-15-06) | | None | J | T | Buy | 6/15 | J | | |
| 142. Skandia now GldnSelect (Am. Skandia transferred into ING) | | None | M | T | | | | | |
| 143. Dreyfus Liquid Assets | | None | J | T | Buy | 9/19 | J | | |
| 144. Alliance Technology Mutual Fund (ATEB) | | None | | | sold | 5/17 | L | E | |
| 145. Mfs Rsearch Fd C1 B MFRBX | A | Dividend | | | sold | 5/16 | K | C | |
| 146. MFS Strat Growth Class B MSBGX | A | Dividend | | | sold | 5/16 | J | | |
| 147. MFSEmerGrA MFEGX | | None | | | sold | 5/17 | K | D | |
| 148. Mfs Investors Gr MIGBX | | None | | | sold | 5/17 | J | | |
| 149. Putnum Discovery Growth POEBX | | None | | | sold | 5/17 | J | | |
| 150. Putnum Eurp gr PEUBX | A | Dividend | | | sold | 5/17 | K | D | |
| 151. Putnum Intl Gf POVBX | A | Dividend | | | sold | 5/16 | K | E | |
| 152. Putnum Browth Opport. Fnd POGBX | | None | | | sold | 5/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| exchanged for 1000 PEUBX | | | | | | | | | |
| 153. VanKampAgGrB (VAGAX) | A | Dividend | | | sold | 5/16 | K | D | |
| 154. VanKampEmGrB(ACEGX) | | None | | | sold | 5/16 | K | B | |
| 155. VanKampenTech (VTFCX) | | | | | sold | 5/17 | J | | |
| 156. Port Everglades | | | | | sold | 5/16 | K | E | |
| 157. SunriseUtilities | | None | | | sold | 5/16 | K | D | |
| 158. Agere (Agr)A | | None | | | sold | 11/8 | J | | |
| 159. Agere (Agr)B | | None | | | sold | 11/8 | J | | |
| 160. Agilent (A) spinoff fr. Hewlett Packard | | None | | | sold | 5/17 | J | A | |
| 161. Avaya (AV) spinoff fr. Lucent Tech | | None | | | sold | 5/17 | J | | |
| 162. MCDTA (spinoff fr. EMC) | | None | | | sold | 5/17 | J | A | |
| 163. St. Paul-STA (formerly Travel. A (TAPA) | | None | | | sold | 5/17 | J | A | |
| 164. St. Pual TAPB (formerly Travel.B | | None | | | sold | 5/17 | J | A | |
| 165. Lucent Technology | | None | | | sold | 5/17 | J | A | |
| 166. Dade Cnty GTDt | | None | | | redeemed | 5/17 | K | E | |
| 167. Netiq (purchased 6/15/06) | | None | J | T | sold | 6/30 | J | A | |
| 168. Leapfrog Enterprises | | None | J | T | sold | 8/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169.  Pulte Homes (purchased 6/28/06) | | None | K | T | sold | 8/8 | J | | |
| 170.  Aetna Deferred Comp Plan (now ING Life) | D | Dividend | L | T | | | | | |
| 171.  Legato Systems (LGTO exch. EMC) | | None | J | T | | | | | |
| 172.  Loral Space & Sommun. (LOR) | | None | J | T | | | | | |
| 173.  Nationwide | D | Dividend | L | T | | | | | |
| 174.  Smith Barney (mooney market) | A | Dividend | | | redeemed | 6/15 | | | |
| 175.  Smith Barney Retirement (money market) | A | Dividend | | | redeemed | 6/15 | | | |
| 176.  Fld.Contra Fd FCNTX | A | Dividend | K | T | | | | | |
| 177.  Tyco Intl. (TYC) | | None | J | T | | | | | |
| 178.  Re-Parcel 1-Lake Park, FL (1/2 ownership) | | None | N | W | | | | | |
| 179.  Re-Parcel 2-Key Largo, FL (1/4 ownership) | | None | K | W | | | | | |
| 180.  Re-Parcel 3 ████████ (1/2 ownership) | | None | O | W | | | | | |
| 181.  Re-Parcel 4-Homestead, FL (1/3 ownership) | | None | L | W | | | | | |
| 182.  Re-Parcel 5-Homestead, FL (1/2 ownership) | | None | L | W | | | | | |
| 183.  Re-Parcel 6 ██████ (1/2 ownership) | | None | N | W | | | | | |
| 184.  Re-Parcel 7-Hamptons, NY (1/2 ownership) | | None | P1 | W | | | | | |
| 185. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =●ther | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re: Part VII - Investments and Trusts

Please note that line D 3 of the following stocks has been left blank because they are under $1,000.00:

Page 6: Nos. 26, 27
Page 7: Nos. 40, 42. 43, 46, 49,
Page 8: Nos. 52, 53, 55, 57, 60, 62, 66,
Page 9: Nos. 68, 69, 75, 80, 81, 84,
Page 10, Nos. 85, 86, 87, 88, 91, 93, 97, 99
Page 11: Nos. 101, 102, 105, 106, 109, 110, 112, 116
Page 12: Nos 118, 122, 124, 126, 128, 130, 133
Page 13: No. 137.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur

Date April 4, 2007

NOTE: ANY WHO FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544